**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LEIF THURSTON CARLSON, SR.,                    Case No. CV 11-02976 CRB

12            Petitioner,                           **CERTIFICATE OF APPEALABILITY**

13      v.

14   ATTORNEY GENERAL, State of
     California,
15
16            Respondent.
                                              /

17
          Now before the Court is Carlson's request for issuance of a certificate of appealability
18
     ("COA").  A judge shall grant a COA "if the applicant has made a substantial showing of the
19
     denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  "Where a district court has rejected
20
     the constitutional claims on the merits, the showing required to satisfy § 2253(c) is
21
     straightforward: the petitioner must demonstrate that reasonable jurists would find the district
22
     court's assessment of the constitutional claims debatable or wrong."  Slack v. McDaniel, 529
23
     U.S. 473, 484 (2000).  Indeed, "a claim can be debatable even though every jurist of reason
24
     might agree, after the COA has been granted and the case has received full consideration,
25
     that petitioner will not prevail."  Miller-El v. Cockrell, 537 U.S. 322, 338 (2003).
26   //
27   //
28   //

1    Here, the Court concludes that reasonable jurists could debate whether the state

2  courts' treatment of the Confrontation Clause issue warrants relief under 28 U.S.C.

3  § 2254(d), and GRANTS a certificate of appealability as to that claim.  Carlson has not

4  argued that his Speedy Trial claim warrants a COA, and this Court concludes it does not.

5    **IT IS SO ORDERED.**

6

7

8  Dated: July 29, 2013                         CHARLES  R. BREYER
                                                UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

G:\CRBALL\2011\2976\COA Order.wpd                    2